PEARL ASSURANCE COMPANY, LTD., v. PHILIP EPSTEIN et al.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [See *ante*, p. 770.]

In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Trustee under the Will of CHARLES P. PHELPS, Deceased. MINNIE B. PHELPS et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *ante*, p. 768.]

OTTO BRAUNWARTH v. HERBERT G. WELLINGTON.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *ante*, p. 747.]

SOSNOW, KRANZ & SIMCOE, INC., et al. v. STORATTI CORPORATION et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *ante*, p. 122.]

WILLIAM J. ROUNTREE Co., INC., v. UNITED STATES LEATHER COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Glennon, Untermyer and Dore, JJ. [See *ante*, p. 263.]

CECIL HOOKE v. PETROLEUM HEAT & POWER COMPANY. INC.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking prescribed by section 593 of the Civil Practice Act. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [See *ante*, p. 771.]

In the Matter of EAST SIDE OMNIBUS CORPORATION et al. against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York.— Motion for leave to appeal to the Court of Appeals granted. Motion for a stay granted pending the determination of the appeal, upon appellants' filing the undertaking prescribed by section 593 of the Civil Practice Act. Motion for reargument denied. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ. [See *ante*, p. 773.]

SPEAR & Co., INC., v. ELETO BUILDING CORPORATION et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ. [See *ante*, p. 774.]

In the Matter of the General Assignment for the Benefit of Creditors of ADOLPH VIETOR, Doing Business as FRED'K PROBST & COMPANY, Assignor, to WILLIAM C. RUTH, as Substituted Assignee. ERNEST G. VIETOR; MARIE LOUISE STURSBERG, as Executrix of ADOLPH VIETOR, Deceased.— Motion for leave to appeal to the Court of Appeals granted. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ. [See *ante*, p. 774.]

In the Matter of HARRY C. STEIN against EDWARD CORSI, as Industrial Commissioner of the State of New York.— Motion for reargument and for other relief denied, with $10 costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *ante*, p. 733.]

PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, as Successor Trustee under Mortgage Made by HARRIMAN BUILDING CORPORATION to AMERICAN TRUST COMPANY (OF NEW YORK) as Trustee, v. HARRIMAN BUILDING CORPORATION et al.— Motion for leave to appeal to the Court of Appeals

denied, with $10 costs. Present — Martin, P. J., Townley, Glennon and Untermyer, JJ. [See *ante*, p. 816.]